# Earnings Statement

**RAVINES, CARLOS**

| | |
|---|---|
| Pay Date: 01/30/2026 | Company: 0HF11 - MEGATEL HOMES INC |
| Period Start: 01/11/2026 | 2101 CEDAR SPRINGS RD |
| Period End: 01/24/2026 | DALLAS  TX  75201    (972) 339-0159 |

Emp #: 024V
Dept: 21 - Human Resources
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2692.31 | 6730.76 |
| Paid Time Off | | | 0.00 | 269.23 |
| Bonus (Sales People & Office) | | | 0.00 | 1000.00 |
| Holiday | | | 0.00 | 1076.93 |
| **Gross Pay** | | | **2692.31** | **9076.92** |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 247.19 | 961.57 |
| Medicare | | | 38.67 | 130.53 |
| Social Security | | | 165.37 | 558.12 |
| **Deductions** | | | | |
| Parking Garage | | | 25.00 | 75.00 |
| **Net Pay** | | | **2216.08** | **7351.70** Voucher No. 43569DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2216.08 | 7351.70 A/C:8890 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off (Hours) ** | | 80.00 | 0.00 | 80.00 |

**Accruals balances are accurate as of processing 01/29/2026 06:08 am

---

Voucher No.  43569DD

MEGATEL HOMES INC
2101 Cedar Springs RD Suite 700
Dallas, TX 75201
Dept: 21

DATE: 01/30/2026

**Net Pay:**                                **2216.08**

Two Thousand Two Hundred Sixteen And 08/100 Dollars

RAVINES, CARLOS
1101 AMHERST DR.
APT 1034
BEDFORD, TX  76021

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

RAVINES, CARLOS

| | |
|---|---|
| Pay Date: 01/16/2026 | Company: 0HF11 - MEGATEL HOMES INC |
| Period Start: 12/28/2025 | 2101 CEDAR SPRINGS RD |
| Period End: 01/10/2026 | DALLAS  TX  75201   (972) 339-0159 |

Emp #: 024V
Dept: 21 - Human Resources
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2288.45 | 4038.45 |
| Paid Time Off | | 0.00 | 269.23 |
| Bonus (Sales People & Office) | | 0.00 | 1000.00 |
| Holiday | | 403.85 | 1076.93 |
| **Gross Pay** | | **2692.30** | **6384.61** |
| **W/H Taxes** | | | |
| Federal W/H(S) | | 247.19 | 714.38 |
| Medicare | | 38.68 | 91.86 |
| Social Security | | 165.38 | 392.75 |
| **Deductions** | | | |
| Parking Garage | | 25.00 | 50.00 |
| **Net Pay** | | **2216.05** | **5135.62** Voucher No. 43455DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2216.05 | 5135.62 A/C:8890 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off (Hours) ** | | 80.00 | 0.00 | 80.00 |

**Accruals balances are accurate as of processing 01/14/2026 12:05 pm

| **Hour Detail** | **Date** | **Pay Code** | **Labor Allocation** | **Rate** | **Total Hours** |
|---|---|---|---|---|---|
| | 12/31 | Holiday | Corporate - Salary - MEGATEL HOMES INC | 33.65 | 4.00 |
| | 01/01 | Holiday | Corporate - Salary - MEGATEL HOMES INC | 33.65 | 8.00 |

Voucher No. 43455DD

MEGATEL HOMES INC
2101 Cedar Springs RD Suite 700                    DATE: 01/16/2026
Dallas, TX 75201
Dept: 21

**Net Pay:**                                                                                      **2216.05**

Two Thousand Two Hundred Sixteen And 05/100 Dollars

RAVINES, CARLOS
1101 AMHERST DR.                                         **For Record Purposes Only**
APT 1034                                                        **\*\*NON-NEGOTIABLE\*\***
BEDFORD, TX  76021

**Earnings Statement**                                                                                       RAVINES, CARLOS

| | | |
|---|---|---|
| Pay Date: | 01/02/2026 | Company: 0HF11 - MEGATEL HOMES INC |
| Period Start: | 12/14/2025 | 2101 CEDAR SPRINGS RD |
| Period End: | 12/27/2025 | DALLAS  TX  75201   (972) 339-0159 |

Emp #: 024V
Dept: 21 - Human Resources
Pay Basis: Salary

|  | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 1750.00 | 1750.00 |
| Paid Time Off | | 269.23 | 269.23 |
| Bonus (Sales People & Office) | | 1000.00 | 1000.00 |
| Holiday | | 673.08 | 673.08 |
| **Gross Pay** | | **3692.31** | **3692.31** |
| **W/H Taxes** | | | |
| Federal W/H(S) | | 467.19 | 467.19 |
| Medicare | | 53.18 | 53.18 |
| Social Security | | 227.37 | 227.37 |
| **Deductions** | | | |
| Parking Garage | | 25.00 | 25.00 |
| **Net Pay** | | **2919.57** | **2919.57** Voucher No. 43340DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2919.57 | 2919.57 A/C:8890 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off (Hours) ** | | 16.00 | 16.00 | 0.00 |

**Accruals balances are accurate as of processing 12/30/2025 12:43 pm

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 12/19 | Paid Time Off | Corporate - Salary - MEGATEL HOMES INC | 33.65 | 8.00 |
| | 12/24 | Holiday | Corporate - Salary - MEGATEL HOMES INC | 33.65 | 4.00 |
| | 12/25 | Holiday | Corporate - Salary - MEGATEL HOMES INC | 33.65 | 8.00 |
| | 12/26 | Holiday | Corporate - Salary - MEGATEL HOMES INC | 33.65 | 8.00 |

Voucher No. 43340DD

MEGATEL HOMES INC
2101 Cedar Springs RD Suite 700            DATE: 01/02/2026
Dallas, TX 75201
Dept: 21

**Net Pay:**                                                                                      **2919.57**

Two Thousand Nine Hundred Nineteen And 57/100 Dollars

RAVINES, CARLOS
1101 AMHERST DR.                                            **For Record Purposes Only**
APT 1034                                                          **\*\*NON-NEGOTIABLE\*\***
BEDFORD, TX  76021

| Earnings Statement | | | | RAVINES, CARLOS |
|---|---|---|---|---|
| Pay Date: | 12/19/2025 | Company: 0HF11 - MEGATEL HOMES INC | | Emp #: 024V |
| Period Start: | 11/30/2025 | 2101 CEDAR SPRINGS RD | | Dept: 21 - Human Resources |
| Period End: | 12/13/2025 | DALLAS  TX  75201    (972) 339-0159 | | Pay Basis: Salary |

|  | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 2692.31 | 19115.39 | |
| Paid Time Off | | 0.00 | 269.23 | |
| Bonus (Sales People & Office) | | 1500.00 | 12500.00 | |
| Holiday | | 0.00 | 538.46 | |
| **Gross Pay** | | **4192.31** | **32423.08** | |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | 594.27 | 4766.34 | |
| Medicare | | 60.42 | 468.32 | |
| Social Security | | 258.37 | 2002.48 | |
| **Deductions** | | | | |
| Miscellaneous Addition (-) | | 0.00 | -61.60 | |
| Parking Garage | | 25.00 | 125.00 | |
| **Net Pay** | | **3254.25** | **25122.54** | Voucher No.  43228DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | 3254.25 | 25122.54 | A/C:8890 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off (Hours) ** | | 16.00 | 8.00 | 8.00 |

**Accruals balances are accurate as of processing 12/17/2025 01:19 pm

---

Voucher No.  43228DD

MEGATEL HOMES INC
2101 Cedar Springs RD Suite 700                    DATE: 12/19/2025
Dallas, TX 75201
Dept: 21

**Net Pay:**                                                                                          **3254.25**

Three Thousand Two Hundred Fifty Four And 25/100 Dollars

RAVINES, CARLOS
1101 AMHERST DR.                                          **For Record Purposes Only**
APT 1034                                                  **\*\*NON-NEGOTIABLE\*\***
BEDFORD, TX  76021

# Earnings Statement

RAVINES, CARLOS

| | |
|---|---|
| Pay Date: 12/05/2025 | Company: 0HF11 - MEGATEL HOMES INC |
| Period Start: 11/16/2025 | 2101 CEDAR SPRINGS RD |
| Period End: 11/29/2025 | DALLAS TX 75201  (972) 339-0159 |

Emp #: 024V
Dept: 21 - Human Resources
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2153.85 | 16423.08 |
| Paid Time Off | | 0.00 | 269.23 |
| Bonus (Sales People & Office) | | 4500.00 | 11000.00 |
| Holiday | | 538.46 | 538.46 |
| **Gross Pay** | | **7192.31** | **28230.77** |
| **W/H Taxes** | | | |
| Federal W/H(S) | | 1306.58 | 4172.07 |
| Medicare | | 103.93 | 407.90 |
| Social Security | | 444.38 | 1744.11 |
| **Deductions** | | | |
| Miscellaneous Addition (-) | | 0.00 | -61.60 |
| Parking Garage | | 25.00 | 100.00 |
| **Net Pay** | | **5312.42** | **21868.29** Voucher No. 43117DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 5312.42 | 21868.29 A/C:8890 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off (Hours) ** | | 16.00 | 8.00 | 8.00 |

**Accruals balances are accurate as of processing 12/3/2025 01:50 pm

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 11/27 | Holiday | Corporate - Salary - MEGATEL HOMES INC | 33.65 | 8.00 |
| | 11/28 | Holiday | Corporate - Salary - MEGATEL HOMES INC | 33.65 | 8.00 |

Voucher No.  43117DD

MEGATEL HOMES INC
2101 Cedar Springs RD Suite 700
Dallas, TX 75201
Dept: 21

DATE: 12/05/2025

**Net Pay:**                                                                                      5312.42

Five Thousand Three Hundred Twelve And 42/100 Dollars

RAVINES, CARLOS
1101 AMHERST DR.
APT 1034
BEDFORD, TX  76021

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

RAVINES, CARLOS

| | |
|---|---|
| Pay Date: 11/21/2025 | Company: 0HF11 - MEGATEL HOMES INC |
| Period Start: 11/02/2025 | 2101 CEDAR SPRINGS RD |
| Period End: 11/15/2025 | DALLAS  TX  75201    (972) 339-0159 |

Emp #: 024V
Dept: 21 - Human Resources
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2423.07 | 14269.23 |
| Paid Time Off | | 269.23 | 269.23 |
| Bonus (Sales People & Office) | | 4500.00 | 6500.00 |
| **Gross Pay** | | **7192.30** | **21038.46** |
| **W/H Taxes** | | | |
| Federal W/H(S) | | 1306.58 | 2865.49 |
| Medicare | | 103.93 | 303.97 |
| Social Security | | 444.37 | 1299.73 |
| **Deductions** | | | |
| Miscellaneous Addition (-) | | 0.00 | -61.60 |
| Parking Garage | | 25.00 | 75.00 |
| **Net Pay** | | **5312.42** | **16555.87** Voucher No. 43004DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 5312.42 | 16555.87 A/C:8890 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off (Hours) ** | | 16.00 | 8.00 | 8.00 |

**Accruals balances are accurate as of processing 11/19/2025 12:55 pm

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 11/03 | Paid Time Off | Corporate - Salary - MEGATEL HOMES INC | 33.65 | 8.00 |

---

Voucher No.  43004DD

MEGATEL HOMES INC
2101 Cedar Springs RD Suite 700
Dallas, TX 75201
Dept: 21

DATE: 11/21/2025

**Net Pay:**                                                                                                 **5312.42**

Five Thousand Three Hundred Twelve And 42/100 Dollars

RAVINES, CARLOS
1101 AMHERST DR.
APT 1034
BEDFORD, TX  76021

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | RAVINES, CARLOS |
|---|---|---|---|---|
| Pay Date: | 11/07/2025 | Company: 0HF11 - MEGATEL HOMES INC | | Emp #: 024V |
| Period Start: | 10/19/2025 | 2101 CEDAR SPRINGS RD | | Dept: 21 - Human Resources |
| Period End: | 11/01/2025 | DALLAS  TX  75201    (972) 339-0159 | | |
| | | | | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 2692.31 | 11846.16 | |
| Bonus (Sales People & Office) | | 1000.00 | 2000.00 | |
| **Gross Pay** | | **3692.31** | **13846.16** | |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | 484.27 | 1558.91 | |
| Medicare | | 53.17 | 200.04 | |
| Social Security | | 227.37 | 855.36 | |
| **Deductions** | | | | |
| Miscellaneous Addition (-) | | -61.60 | -61.60 | |
| Parking Garage | | 25.00 | 50.00 | |
| **Net Pay** | | **2964.10** | **11243.45** | Voucher No.  42897DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | 2964.10 | 11243.45 | A/C:8890 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Paid Time Off (Hours) ** | | 16.00 | 0.00 | 16.00 |

**Accruals balances are accurate as of processing 11/5/2025 02:08 pm

---

Voucher No.  42897DD

MEGATEL HOMES INC
2101 Cedar Springs RD Suite 700          DATE: 11/07/2025
Dallas, TX 75201
Dept: 21

**Net Pay:**                                                                                           **2964.10**

Two Thousand Nine Hundred Sixty Four And 10/100 Dollars

RAVINES, CARLOS
1101 AMHERST DR.                          **For Record Purposes Only**
APT 1034                                  **\*\*NON-NEGOTIABLE\*\***
BEDFORD, TX  76021