Certificate Number: 17572-TXN-DE-040643471

Bankruptcy Case Number: 26-40583



17572-TXN-DE-040643471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 20, 2026, at 2:42 o'clock PM PST, Carlos A Ravines completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: February 20, 2026         By:    /s/Leigh-Anna M Thompson

                                Name:  Leigh-Anna M Thompson

                                Title: Counselor