United States Bankruptcy Court

Northern District of Texas

| In re: | Case No. 26-40583-mxm |
|---|---|
| Carlos Antonio Ravines | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2026 | Form ID: 318 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos Antonio Ravines, 2629 Brookridge Dr., Hurst, TX 76054-2761 |
| 23156706 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23156714 | + | Pro Path, 1355 River Bend Dr, Dallas, TX 75247-4915 |
| 23156715 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23156717 | + | Steven Parent (Landlord), 2629 Brookridge Dr., Hurst, TX 76054-2761 |
| 23156719 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23156723 | + | Wells Fargo, PO Box 393, Des Moines, IA 50302-0393 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23156703 | | Email/Text: bankruptcy@aacreditunion.org | May 14 2026 21:45:00 | American Airlines FCU, Attn: Bankruptcy, PO Box 619001 MD 2100, DFW Airport, TX 75261-9001 |
| 23156704 | | Email/Text: bankruptcy@aacreditunion.org | May 14 2026 21:45:00 | American Airlines Federal Credit Union, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 23156705 | ^ | MEBN | May 14 2026 21:41:53 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23156707 | + | EDI: CITICORP | May 15 2026 01:39:00 | Citi Cards Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 23156708 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | May 14 2026 21:46:00 | Credit Systems International, 1277 Country Club Ln, Fort Worth, TX 76112-2304 |
| 23156709 | + | EDI: IRS.COM | May 15 2026 01:39:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23156710 | + | Email/Text: dallas.bankruptcy@LGBS.com | May 14 2026 21:46:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23156711 | + | Email/Text: dallas.bankruptcy@LGBS.com | May 14 2026 21:46:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23156712 | + | Email/Text: sacc1-docs@lgbs.com | May 14 2026 21:46:00 | Linebarger Goggan Blair & Sampson, LLP, 900 Arion Parkway Suite 104, San Antonio, TX 78216-2872 |
| 23156713 | + | Email/Text: emccain@pbfcm.com | May 14 2026 21:46:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23156716 | | Email/Text: pacer@cpa.state.tx.us | May 14 2026 21:46:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23156718 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | May 14 2026 21:46:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23156720 | + | Email/Text: bcd@oag.texas.gov | | |

District/off: 0539-4                    User: admin                                    Page 2 of 2
Date Rcvd: May 14, 2026                 Form ID: 318                                    Total Noticed: 23

| | | | May 14 2026 21:46:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
|---|---|---|---|---|
| 23156721 | + | Email/Text: collections.pacer@twc.texas.gov | | |
| | | | May 14 2026 21:46:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23156722 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | | May 14 2026 21:46:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23156724 | + | EDI: WFFC2 | | |
| | | | May 15 2026 01:39:00 | Wells Fargo, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | |
| | on behalf of Debtor Carlos Antonio Ravines clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Roddrick Newhouse | |
| | rn7trustee@gmail.com  rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com |
| United States Trustee | |
| | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carlos Antonio Ravines | Social Security number or ITIN   xxx–xx–7003 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Texas

Case number:   26–40583–mxm7

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carlos Antonio Ravines

5/13/26

**By the court:**   Mark X. Mullin
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**